DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SHAWN DOE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-1436

[July 22, 2021]

Appeal of order denying rule 3.800 motion from the Seventeenth Judicial Circuit, Broward County; Mariya Weekes, Judge; L.T. Case No. 95-000840-CF-10A.

Shawn Doe, Wewahitchka, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

CONNER, C.J., MAY and DAMOORGIAN, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***